**UNITED STATES of America,**

v.

**Artega GREEN, Appellant.**

No. 06–2468.

United States Court of Appeals, Third Circuit.

Dec. 30, 2008.

Robert F. Kravetz, Esq., Office of United States Attorney, Wilmington, DE, for United States of America.

---

Stephen P. Patrizio, Philadelphia, PA, for Appellant.

BEFORE: AMBRO, CHAGARES and COWEN, Circuit Judges.

## ORDER

ROBERT E. COWEN, Circuit Judge.

The panel hereby grants the Petition for Panel Rehearing and vacates the Opinion filed on September 2, 2008, 541 F.3d 176.